Linda Bondi Morrison, Esq., (SBN 210264)
lmorrison@tresslerllp.com
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, California 92614
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Sarah Hertz Maisel, Esq., (*pro hac vice*)
smaisel@tresslerllp.com
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Telephone: (312) 768-2281

Attorneys for Plaintiff and Counterclaim Defendant
EVANSTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> AMA WHOLESALE INC., a California corporation; LAYIQ AHMAD; AMAZON.COM, LLC, a Delaware limited liability Company; and AMAZON.COM SERVICES, INC., a Delaware corporation, <br><br> Defendants. <br> _____ <br> AMAZON.COM, LLC.; AND AMAZON.COM SERVICES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. | Case No. 2:22-cv-02171-MEMF-MAA <br><br> Assigned for All Purposes to: <br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint filed: April 1, 2022 |

1

**NOTICE OF SETTLEMENT**

| | |
|---|---|
| 1 | EVANSTON INSURANCE COMPANY, |
| 2 | |
| 3 | Counterclaim Defendant. |
| 4 | |

5  Plaintiff and Counterclaim Defendant Evanston Insurance Company ("Evanston") and Defendants and Counterclaimants Amazon.com, LLC and Amazon.com Services, Inc. (collectively "Amazon")[1] hereby notify the Court, pursuant to L.R. 16-15.7 and 40-2, that Evanston and Amazon have reached an agreement to settle all of the claims by and between Evanston and Amazon in this action.

Counsel for Evanston and Amazon are preparing a written settlement agreement and release and expect to file a request for dismissal with prejudice of Evanston's complaint as against all defendants, namely Amazon, AMA Wholesale, Inc., and Layiq Ahmad, and Amazon's counterclaim as against Evanston, within forty-five (45) days.

All claims and counterclaims in this action have been agreed to be settled and the parties will proceed with the necessary filings in this regard upon negotiation and execution of the written settlement agreement.

The settling parties, by and through their respective attorneys of record, hereby jointly submit the foregoing.

/ / /

/ / /

---

[1] Amazon explained in its initial Answer that the Amazon entities named in the complaint do not presently exist. Counsel for Amazon has clarified that the Amazon entities named in the complaint existed at the time that the action in the Superior Court of the State of California, County of Los Angeles – Central District, styled *Jeffery Sapp, et al. v. Amazon.com, LLC, et al.,* Case No. 19STCV06444 was filed. Counsel for Amazon and Counsel for Evanston stipulate that a response to allegations, and any settlement reached with respect to "Amazon.com LLC" is provided for and concerns "Amazon.com, Inc." and that a response to allegations, and any settlement reached with respect to "Amazon.com Services, Inc." is provided for and concerns "Amazon.com Services LLC."

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |
| 2   | Dated:  July 6, 2023 | **TRESSLER LLP** |

By: */s/ Linda Bondi Morrison*
Linda Bondi Morrison, Esq.
Sarah Hertz Maisel, Esq.
*Attorneys for Plaintiff and Counterclaim Defendant Evanston Insurance Company*

**PERKINS COIE LLP**

Dated: July 6, 2023

By:  /s/
Catherine Del Prete (CA SBN 288747)
CDelPrete@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Floor 17
Los Angeles, CA 90067
Telephone:  +1.310.788.3253
Facsimile:  +1.310.843.1260

Selena J. Linde, *pro hac vice*
SLinde@perkinscoie.com
Stephanie Anne Vancil de Oliveira (CA SBN 328869)
SVancildeOliveira@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:  +1.202.654.6200
Facsimile:   +1.202.654.6211

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*