| | |
|---|---|
| 1 | Linda Bondi Morrison, Esq., (SBN 210264) |
| 2 | lmorrison@tresslerllp.com<br>TRESSLER LLP |
| 3 | 2 Park Plaza, Suite 1050<br>Irvine, California 92614 |
| 4 | Telephone: (949) 336-1200<br>Facsimile: (949) 752-0645 |
| 5 | |
| 6 | Sarah Hertz Maisel, Esq., (*pro hac vice*)<br>smaisel@tresslerllp.com |
| 7 | TRESSLER LLP<br>233 S. Wacker Drive, 61st Floor |
| 8 | Chicago, Illinois 60606<br>Telephone: (312) 768-2281 |
| 9 | |
| 10 | Attorneys for Plaintiff and Counterclaim Defendant<br>EVANSTON INSURANCE COMPANY |
| 11 | |
| 12 | *(Additional counsel listed on signature page)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>AMA WHOLESALE INC., a California corporation; LAYIQ AHMAD; AMAZON.COM, LLC, a Delaware limited liability Company; and AMAZON.COM SERVICES, INC., a Delaware corporation,<br><br>             Defendants. | | Case No.  2:22-cv-02171-MEMF-MAA<br>Assigned for All Purposes to:<br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STATEMENT ON STATUS OF SETTLEMENT** |
| AMAZON.COM, LLC, and AMAZON.COM SERVICES, INC.,<br><br>             Counterclaim Plaintiffs,<br>v. | | |

1
JOINT STATEMENT ON STATUS OF SETTLEMENT

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | |
|     Counterclaim Defendant. | |

Plaintiff and Counterclaim Defendant Evanston Insurance Company ("Evanston"), and Defendants and Counterclaimants Amazon.com, LLC and Amazon.com Services, Inc.[1] (collectively, "the Parties"), submit this Joint Statement on the status of settlement and request for additional time to file a notice of dismissal, and in support thereof state as follows:

Pursuant to this Court's July 6, 2023 Order (Dkt. 42), the Parties submit this joint statement on the status of settlement and dismissal of this case. The Parties have reached a resolution of this case and are still in the process of completing all necessary closing documents. The Parties anticipate filing a joint notice of dismissal within 30 days after all closing documents have been executed and request an additional 45 days to finalize all closing documents.

WHEREFORE, the Parties jointly request that this Court enter an order providing the Parties with an additional 45 days to file a notice of dismissal in this case.

**TRESSLER LLP**

Dated: August 21, 2022

By:   /s/ *Linda Bondi Morrison*
Linda Bondi Morrison
Sarah Hertz Maisel
*Attorneys for Plaintiff Evanston Insurance Company*

---

[1] Amazon explained in its initial Answer that the Amazon entities named in the complaint do not presently exist. Counsel for Amazon has clarified that the Amazon entities named in the complaint existed at the time that the action in the Superior Court of the State of California, County of Los Angeles – Central District, styled Jeffery Sapp, et al. v. Amazon.com, LLC, et al., Case No. 19STCV06444 was filed. Counsel for Amazon and Counsel for Evanston stipulate that a response with respect to "Amazon.com LLC" is provided for and concerns "Amazon.com, Inc." and that a response with respect to "Amazon.com Services, Inc." is provided for and concerns "Amazon.com Services LLC."

| | | |
|---|---|---|
| Dated: August 21, 2022 | | **PERKINS COIE LLP** |

By: */s/ Catherine Del Prete*
Catherine Del Prete (CA SBN 288747)
CDelPrete@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Floor 17
Los Angeles, CA 90067
Telephone: +1.310.788.3253
Facsimile: +1.310.843.1260

Selena J. Linde, *pro hac vice*
SLinde@perkinscoie.com
Stephanie Anne Vancil de Oliveira (CA SBN 328869)
SVancildeOliveira@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.